UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6970
(1:03-cr-00296-LMB-2)
(1:16-cv-00672-LMB)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

MASOUD AHMAD KHAN

      Defendant - Appellee

_____

O R D E R
_____

The court appoints the Federal Defender for the Eastern District of Virginia to represent appellee in this case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk